

Filed In The District Court Of INDIANA, Southern Division
At Evansville

| | |
|---|---|
| Hasān Ali - A/K/A Ronnie Jackson, pro-per plaintiff, | 2:23-cv-00300-JRS-MKK |
| v. | Case No. _____ |
| United States Citizens, - T.Rule(Warden) S.Kallis(Warden) D.B.A - Terre Haute, F.C.I - Employees: Public and Private capacities, et al. | |
**FILED 06/16/2023 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk**

## EX PARTE - CRIMINAL COMPLAINT AFFIDAVIT VIA INTERNATIONAL LAW(S) AND FEDERAL LAW(S)

By 'restricted appearance' I, Brother Hasān Ali - ex rel Ronnie Jackson # 25343-076, pro-per - present this Affidavit of Complaint - and for cause will show:

- 1) <u>JURISDICTION</u> - This Honorable District Court of the Southern District of Indiana, has jurisdiction over the Federal Facility - Terre Haute, F.C.I where Foreign National Hasān Ali A/K/A Ronnie Jackson #25343-076 (Herein after "Foreign National") - is held: via the United States Constitution articles 1 and/or 3; 28 U.S.C 1651(a)(The All Writs Act); Executive Order 13107, act of 10 December 1998, 63 Fed. Reg. 68991 (Implementation of Human Rights Treaties); The Universal Declaration of Human Rights - articles 2, 5, and 7-12 et seq.; The Rights of Indigenous Peoples - articles 37-42 et seq. et al;

- 2) <u>I affirm</u>, that I am a Foreign National and Subject of King Hasān II, the King of Morocco; included as a subject under the protections of The Treaty of Peace and Friendship between Morocco and the United States, inclusive of, and not limited to 22 U.S.C § 254(d);

My Nationality Documents, at the time of this filing, are Confiscated and/or destroyed by Staff employees of Terre Haute, F.C.I - for purposes of establishing and Determining Foreign Law, in accord with Federal Rules of Civil Procedure 44.1;

- <u>I Affirm</u>, that as a Foreign National, the rights and merits of his present action can be, and is 'requested' to be governed by International Law(s)/Treaty Law(s) - see <u>Sears v. The Scotia</u>, 14 Wall U.S. 170, 188, 20 L. ed. 822 ("It must be conceded, however, that the rights and merits of a case may be governed by a different law from that which controls a court in which a remedy is sought") - id at 81 U.S. 187.;

- <u>I Affirm</u>, that I AM held in Conditions of Torture, as defined in The Convention Against Torture (C.A.T) elaborated in <u>United States Attorney General</u>, 28 Op. O.L.C. 297, December 30, 2004, fns. 24-28, - C.A.T Hearing before the Senate Commission on Foreign Relations, 101st Congress 16 (1990) (CAT) Hearing (Prepared Statement), cf. S. Exec. Rep. No. 101-30, at 6. - By Staff at Terre Haute, F.C.I giving me Medication(s) and/or subjecting me to conditions which have created and/or exacerbated my Borderline Personality Disorder via my increased, anger, depression, suicidal ideation, impulsiveness, sleeplessness, agitation, mood-swings, anxiety, aggression, fear, hopelessness and feeling helpless etc. These "torturous" conditions began approx. June 2012 until presently, the date of this filing 28 May, 2023. I have difficulty concentrating, my hands randomly shake as if I have "Parkinson's Disease" - My food is being contaminated by staff and I get instant headaches after I consume the meals. I fear that I am not safe at this facility. - Staff are also subjecting me to "Sensory Deprivation" by engaging in "Monopolization of Perception" tactics - by causing me to respond to immediate predicaments via

creating issues with my food diet/meals and attempting to force me to eat what I can't due to my religious dietary laws and health reasons; denying me phone access for legal and/or leisure calls during the "Covid-19" pandemic - my telephone account has been deactivated since approx. 2017. - I have been further obstructed from reporting my criminal complaints, speaking with family/friends; otherwise delaying/denying me remedy at every attempt I make to the Warden Mr. T. Rule down to various staff under his supervision - The Administrative Remedy Program is ineffective and "Pro-forma" while employees "Mock" prisoners for using it (specifically mocking me!) - Staff are obstructing my mail/complaints from reaching federal judges, local federal law enforcements or others - in violation of <u>18 U.S.C. 1512, 1513, 42 U.S.C 2000-dd</u>; — This complaint is thus a "Random Hail Mary".

- <u>I AFFIRM</u>, that on April 17, 2023, I was assaulted by an officer "Cox" before being escorted to the Special Housing Unit - C/o "Cox" choked me with both of his hands and rammed my head into the wall inside the holding cell, used one hand to punch me twice in the face, while his other hand was around my throat choking me. A Lieutenant "Miles", another unnamed Lieutenant, Unit Manager "Hughes", another unnamed officer were present, but stood by without preventing the officer "Cox" from assaulting me while I was handcuffed behind my back - "Cox" told the Lieutenants to "re-open" the cage where I was secured, then he assaulted me. - In violation of <u>42 U.S.C. 2000-dd, 18 U.S.C 241, 242</u>, 'The <u>Rights of Indigenous Peoples</u> (each article which prohibits such treatment), <u>The Universal Declaration of Human Rights</u>, articles 2 et seq. et al;

## RELIEF SOUGHT

1) This Foreign National requests for this Criminal Complaint to be accepted and filed with any filing fee(s) to be held in abeyance or waived in the interests of Justice - specifically, due to any delay in processing this complaint and providing a "prompt" solution in whole or "equitably" - will violate The Rights of Indigenous Peoples - articles 37-42, et seq.; cf. Castro v. United States, 540 U.S. 375, 157 L.ed.2d 778 ("Courts should not 'recharacterize' a litigant's filing in a way that would harm them"). (emphasis mine). - Thus, This Foreign National is Master to decide what law he will rely upon; see The Fair v. Kohler Die & Specialty Co., 228 U.S. 22, 25, 57 L.ed. 716, 33 S.Ct. 410 (1913) ("The party who brings a suit is master to decide what law he will rely upon"). - Even The Great Writ of Habeas Corpus is said, by the Supreme Court, designed to 'cut through barriers of form and procedural rules' (citation omitted).

2) I Affirm, that I have alleged 'jus cogens'/common article 3 violations which warrant an immediate investigation as mandated per The Declaration on the Protection of All Persons from Being Subjected to Torture - articles 8 and 9 et seq. And I request an injunctive relief in the nature of Federal Rule of Appellate Procedure 23(b) - to be detained in a local, neutral facility until resolution of this filing - removing me from this Torturous condition will be an 'equitable' remedy;

3) I Affirm, that I am also a 'Foreign Minister' as defined in The Rights of Indigenous Peoples; 18 U.S.C 11, 18 U.S.C 1116, 18 USC 1111, et al, et seq. And as a 'Subject' of Morocco - This filing may implicate "Serious Separation-of-Powers"- concerns, as the United States Supreme Court has suggested in: Jesner v. Arab Bank, PLC (citation omitted) - quoting (citing) Sosa v. Alvarez-Machain, 542 U.S. 642, 124 S.Ct. ___, 159 L.ed.2d 718.

page 4 of 6

Thus, a request is herein advanced to notify the Attorney General and for this court to have this Foreign National Moved to another location with access to contact his Moroccan Embassy and Consulate and appropriate Representatives for assistance with this action - As this currently is Not possible while at this facility. This court is asked to conduct any inquiries by video-teleconference or to authorize an immediate removal of this Foreign National to a neutral location;

4) I Affirm, that I have grounds that require immediate release, which will render "Moot" my allegations of Torturous Conditions e.g., being held on a void and defective indictment as United States Supreme Court Precedent(s) define. See Russell v. United States, 369 U.S. 749, 82 S. Ct. 1038, 8 L. ed. 2d 240 (1962); citing United States v. Hess, 124 U.S. 483, 487, 31 L. ed. 516, 518 (1888).

5) Please enforce the rights and remedies herein requested:("Where Treaties establish Individual rights, these rights Must be enforced by the courts at the behest of the individual"), see United States v. Lombera-Camorlinga, 206 F.3d 882, 889 (9th Cir 2000)(citing U.S. v. Rauscher, 119 U.S. 407, 418-19, 30 L. ed. 425 (1886)), U.S. v. Alvarez-Machain, 504 US 653 (or 655), id at 659-660 (1997); For the interest of the United States, there are public and private remedies which can be granted in this litigation; the rights requested are:

A) As a "PROMPT" resolution mandated in The Rights of Indigenous Peoples, articles 37-42 - I request an immediate hearing and/or alternatively, removed from this facility until resolution of this complaint as in Federal Rule of Appellate Procedure 23 - or until a hearing date can be determined; cf. Fed. R. App. P 23(b);

B) As mandated in the Universal Declaration of Human Rights et al., to have my "Rights, Immunities and Privileges determined by an impartial and fair Tribunal", with assistance from my Consul or Other Representative - as in The Treaty of Peace and Friendship, article 21 et al.; And without "Discrimination", as defined in the "Black's Law Dictionary", eighth edition - which is a "wrongful act under International Law"; by United States Courts ignoring my claims; finding various reasons to NOT hear the merits of my claims; ignoring International Law precedent(s) and/or Federal Law precedent(s); preventing and otherwise obstructing me from contacting my Embassy/Consulate; transferring me from the jurisdiction where I bring my claims - thereby obstructing me from seeking justice and causing me to "re-raise" my claims over-and-over, mentally fatiguing me and exacerbating the mental and/or physical Torture Federal employees / U.S. Citizens are perpatrating against me - This [is] currently happening and has been since approx. 2012;

C) To enforce my right to challenge the jurisdiction to hold this Foreign National in federal Custody on a "void" and "defective" indictment - which can be challenged at any time, even after a conviction and sentence; this "void" indictment violates My Human Rights, articles 2-27 et seq.; The Rights of Indigenous Peoples et al. - which are enforced via Executive Order 13107, act of Dec. 10, 1998, 63 Fed. Reg. 68991 (Implementation of Human Rights Treaties);

D) I hereby reserve the right to "clarify" and/or "amend" any claim(s) within this complaint and to do so with legal Representatives since this Foreign National is NOT an attorney.

I hereby Affirm, that as a Foreign National of a Foreign Government, this Affidavit is filed with sound mind and in truth to the best of my ability as a laymen of the law and under penalty of perjury of the laws of the United States of America - for purposes of 28 U.S.C. 1746.

/s/ Brother Hasin Ali A/K/A Ronnie Jackson #25343-076
Federal Correctional Institute - Terre Haute
P.O. Box 33
Terre Haute, INDIANA 47808

- 4 June 2023
Approx. 9:30 pm