UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HASAN ALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00300-JRS-MKK |
| | ) |
| UNITED STATES CITIZENS, et al., | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 2/8/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

RONNIE JACKSON
25343-076
BEAUMONT - USP
BEAUMONT U.S. PENITENTIARY
Inmate Mail/Parcels
P. O. BOX 26030
BEAUMONT, TX 77720